**Order entered May 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00621-CV

## IN RE TODD PRUETT, Relator

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07463**

## ORDER

The Court has before it relator's' petition for writ of mandamus. In addition to this petition, relator has filed two appeals. On the Court's own motion, we **CONSOLIDATE** this original proceeding, cause no. 05-13-00621-CV, with and under the appellate cause no. 05-13-00378-CV, styled *In re Todd Pruett*. The Court **ORDERS** the Clerk of the Court to remove all documents from file number 05-13-00621-CV and to refile them in cause no. 05-13-00378-CV and to treat 05-13-00621-CV as a closed case. The Court further **ORDERS** that this case will proceed under the appellate timetables.

/s/    ELIZABETH LANG-MIERS
          JUSTICE